UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EUGENE CATER,

    Plaintiff,

v.                                    Case No. 5:14cv158/RS/CJK

DORIS HARRIS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On July 8, 2014, the court entered an order (doc. 4) finding plaintiff's *pro se* complaint deficient[1] and directing plaintiff to file, within thirty days, either a notice of voluntary dismissal or an amended complaint. Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed. (*Id*.). To date, plaintiff has not filed an amended complaint or notice of dismissal, and has not responded to the court's August 13, 2014 order (doc. 5) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

---

[1] The court could discern no basis for its jurisdiction.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 2nd day of September, 2014.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).