## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**EUGENE CATER,**

    **Plaintiff,**

**v.**                                              **CASE NO. 5:14-cv-158-RS-CJK**

**DORIS HARRIS,**

    **Defendant.**

_____/

### ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 6). No objection to the report and recommendation has been filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on October 6, 2014.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**